

Certificate Number: 00301-CAC-CC-027348863



00301-CAC-CC-027348863

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 26, 2016, at 7:50 o'clock PM EDT, DARYOUSH JAVAHERI received from InCharge Debt Solutions, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Central District of California, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: April 26, 2016        By:    /s/Akhira Jackson

                            Name:  Akhira Jackson

                            Title: Certified Bankruptcy Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).